CAMERON COUNTY CHILD WELFARE UNIT V. GERALDINE SIMONS MARTIN ET VIR.

No. A-7468. Decided October 21, 1959.
Rehearing Overruled December 9, 1959.
(329 S.W. 2d Series 83)

*Sharpe, Cunningham & Garza,* of Brownsville for petitioner.

*Cox, Patterson, Freeland & Horger,* of McAllen, and *Benjamin S. Hardy,* of Brownsville, for respondent.

PER CURIAM:

We agree with the holding of the Court of Civil Appeals that the evidence as a whole establishes that the child was not dependent and neglected, and therefor find it unncessary to pass on the other questions presented in the application for writ of error. The opinion of the Court of Civil Appeals is reported at 326 S.W. 2d 31.

The application is REFUSED. NO REVERSIBLE ERROR.

Opinion delivered October 21, 1959.

Rehearing overruled December 9, 1959.